```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                               March 14, 2016

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY: ___VPC___ DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>  Plaintiff,<br><br>v.<br><br>DEOK Y. BANG;<br>KI S. BANG;<br>DHINSA STORES, INC., a<br>California Corporation;<br>and Does 1-10,<br><br>  Defendants. | Case: 2:15-CV-09812-SJO-FFM<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*S. James Otero*

Dated: March 14, 2016

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE

1